UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARK A. JEFF (#367139)

VERSUS

ANGOLA STATE PRISON, ET AL.

CIVIL ACTION

NO. 10-0229-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

IT IS ORDERED that the plaintiff's claim asserted against the Louisiana State Penitentiary is dismissed, with prejudice, pursuant to 28 U.S.C. § 1915.

IT IS FURTHER ORDERED that the defendants' Motion to Dismiss[2] is granted in part, dismissing the plaintiff's claims for monetary damages asserted against the defendant in the defendant's official capacity.

This action shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, November 17, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 23.

[2] Rec. Doc. No. 18.

Doc#47608